United States District Court
Southern District of Texas
**FILED**

JAN 15 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. M-19-0071 |
| | § | |
| OSCAR FRANCO-LOPEZ | § | |
| BRANDON EZEQUIEL CHACHA- | § | |
| AVILA | § | |
| YESENIA YVETTE ARMENDARIZ | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about December 21, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**OSCAR FRANCO-LOPEZ
BRANDON EZEQUIEL CHACHA-AVILA
and
YESENIA YVETTE ARMENDARIZ**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about December 21, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

OSCAR FRANCO-LOPEZ
BRANDON EZEQUIEL CHACHA-AVILA
and
YESENIA YVETTE ARMENDARIZ

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 14 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY